UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In Re:
    STEVEN H. OLIVER and                     UNCLAIMED FUNDS PURSUANT
    CHERI N. OLIVER,                           TO RULE 3011 AND 11 U.S.C. § 347(a)
                                                              Chapter 7
                          Debtors.                             Case No. 08-14170
-----------------------------------------------------------

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3011**

TO:   HON. ROBERT E. LITTLEFIELD, JR., Chief United States Bankruptcy Judge

Gregory G. Harris, Chapter 7 Trustee of the estate of the above-named Debtors, as a supplemental report and accounting, respectfully report:

The Trustee has made a diligent effort to remit the Chapter 7 distribution checks pursuant to Trustee's Proposed Distribution filed on March 12, 2010, to the claimant listed below. The last known addresses for the claimant is:

1.    NYS Department of Tax and Finance
       Bankruptcy Section
       PO Box 5300
       Albany, New York 12205-0300

              Check number 1003 in the amount of $1,365.00 <u>returned</u>.

The Trustee submits the attached check in the amount of $1,365.00 payable to the Clerk of the United States Bankruptcy Court representing the refunds due to NYS Department of Tax and Finance.

Trustee has stopped payment on check numbered 1003. Check numbered 1003 has been returned to the Trustee. More than 90 days have elapsed since this check was issued and, as such, it is void.

Dated: July 15, 2010

                                                   GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
                                                   For Estate of Steven H. Oliver and Cheri N. Oliver
                                                   Five Clinton Square - Suite 400
                                                   Albany, New York  12207       (518) 436-1661

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

Gregory G. Harris
Chapter 7 Trustee
The Patroon Building at
Five Clinton Square, Suite 400
Albany, NY 12207

(Final distribution to Claim 22, representing a Payment of 100.00% per court order.)

CHECK NUMBER: 3693633
32-1/1110
1003

DATE: 4/16/2010
AMOUNT: *******1,365.00

CASE NUMBER: 08-14170
Debtor: STEVEN H OLIVER
Joint Debtor: CHERI N OLIVER

One Thousand Three Hundred Sixty Five Dollars And 00/100

PAY TO THE ORDER OF

NYS Dept of Tax and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001003⑈ ⑆111000012⑆ 443714712⑈

**COMMISSIONER OF
TAXATION & FINANCE
FOR DEPOSIT ONLY**

**APR 1 9 2010**

**WITHOUT PREJUDICE
CCED - BANKRUPTCY**





**New York State Department of**
**Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

April 27, 2010

GREGORY G. HARRIS
THE PATROON BUILDING AT
FIVE CLINTON SQUARE
SUITE 400
ALBANY, NY                                    12207

Re:    #1003
       STEVEN H OLIVER
       XXX-XX-8345

Dear Sir/Madam:

The Department of Taxation and Finance has received your payment, in the amount of $1,365.00, intended for the above referenced debtors' Chapter 7 proof of claim.

Payments and/or credits previously received and applied to the debtor's collection case have reduced the Department's claim balance to zero. Since the claim liabilities for this debtor have been fully satisfied, we are returning the attached payment. Please adjust your records accordingly and discontinue sending payments.

If you have any questions regarding this matter, please feel free to contact me at (518) 457-3160.

Sincerely,

*mw for*
*Lynn Sisario*
Lynn Sisario
Principal Clerk

Enclosure: Check #3693633

LS/mw

**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

MICHAEL C. CONWAY
RYAN T. DONOVAN

July 15, 2010

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York   12207

Re:   **Unclaimed Funds**
      **Steven H. Oliver and Cheri N. Oliver, Chapter 7, Case No.  08-14170**

Dear Court Clerk:

I enclose Trustee Check payable to the U.S. Bankruptcy Court Clerk in the amount of $1,365.00 and my Unclaimed Fund Report in the above matter.

Please advise if you need anything further.

Very truly yours,

GREGORY G. HARRIS
CHAPTER 7 TRUSTEE

By: Gregory G. Harris

GGH/ssh
Enclosures